IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WICK,

        Plaintiff,                     No. CIV S-09-1027 EFB P

    vs.

ANGELEA, et al.,

        Defendants.            <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On April 26, 2010, he filed a "motion for order compelling discovery," in which he seeks the addresses for where defendants Prosper and Peck can be served with process. Dckt. No. 23.  Defendants Mejia and Hirai opposed the motion on May 13, 2010, arguing that plaintiff has failed to demonstrate that judicial intervention is necessary, as plaintiff has neither made a public records request nor sought such information from defendants Mejia or Hirai through discovery.  Dckt. No. 26.

      On April 8, 2010 the court directed plaintiff to provide new instructions for service or process upon defendants Prosper and Peck, and informed plaintiff that he could seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available.  Dckt. No. 17.  The court also informed plaintiff

1  that if his access to the required information was denied or unreasonably delayed, he could seek
2  judicial intervention. *Id.* It appears that available avenues for seeking the addresses of
3  defendants Prosper and Peck remain available to plaintiff, and he has therefore not shown that
4  the required information has been denied or unreasonably delayed. Thus, he has failed to
5  demonstrate that judicial intervention is necessary at this time.
6      Accordingly, IT IS HEREBY ORDERED that plaintiff's April 26, 2010 motion to
7  compel is DENIED.
8  Dated: August 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE