IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WICK,

        Plaintiff,                            No. CIV S-09-1027 EFB P

    vs.

ANGELEA, et al.,

        Defendants.               ORDER

                                     /

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff requests that the court stay its order directing him to file an opposition or statement of no opposition to defendant Angelea, Guitierrez, and Monroe's motion to dismiss, pending his receipt of such motion. Dckt. No. 45. The court construes plaintiff's request as one for an extension of time to file and serve a response to the motion to dismiss. *See* Fed. R. Civ. P. 6(b). Defendants have no objection to plaintiff's request. Dckt. No. 46.

Plaintiff's September 13, 2010 request, construed as a request for an extension of time, is granted and plaintiff has 60 days from the date this order is served to file and serve a response to the motion to dismiss.

So ordered.

Dated: September 20, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE