1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ERIC WICK,

11                Plaintiff,                         No. 2:09-cv-1027 GEB EFB P

12          vs.

13    ANGELEA, et al.,

14                Defendants.                  ORDER

15    _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On January 14, 2013, the magistrate judge filed findings and recommendations

20    herein which were served on all parties and which contained notice to all parties that any

21    objections to the findings and recommendations were to be filed within fourteen days from the

22    date the findings and recommendations were served.  Plaintiff has filed objections to the findings

23    and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25    304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26    ////

                                                1

1  file, the court finds the findings and recommendations to be supported by the record and by

2  proper analysis.

3            Accordingly, IT IS HEREBY ORDERED that:

4            1. The findings and recommendations filed January 14, 2013, are adopted in full;

5            2. With the exception of the retaliation claim against defendants Angelea,

6  Monroe, Mejia, and Grannis, all claims are dismissed from this action for failure to state a claim

7  upon which relief may be granted; and

8            3. Defendants Angelea, Monroe, Mejia, and Grannis are directed to file, within

9  30 days of this order, a response to the amended complaint as herein narrowed.

10        So ordered.

11  Dated:  February 11, 2013

12

13  _____
    GARLAND E. BURRELL, JR.

14  Senior United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26