IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WICK,

        Plaintiff,                  No. 2:09-cv-1027 GEB EFB P

    vs.

ANGELEA, et al.,

        Defendants.        <u>ORDER</u>

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On January 14, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

////

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 14, 2013, are adopted in full;

2. With the exception of the retaliation claim against defendants Angelea, Monroe, Mejia, and Grannis, all claims are dismissed from this action for failure to state a claim upon which relief may be granted; and

3. Defendants Angelea, Monroe, Mejia, and Grannis are directed to file, within 30 days of this order, a response to the amended complaint as herein narrowed.

So ordered.

Dated: February 11, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2