IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ERIK WICK,**

Plaintiff,

v.

**ANGELEA, et al.,**

Defendants.

Case No. 2:09-cv-01027-GEB-EFB (PC)

[~~PROPOSED~~] ORDER

Good cause appearing, Defendants' request to conduct Plaintiff's deposition by video-conference is GRANTED.  Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video-conferencing equipment if it is not already available.

Dated: April 29, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:09-cv-01027-GEB-EFB (PC))