IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK WICK,**<br><br>Plaintiff,<br><br>v.<br><br>**ANGELEA, et al.,**<br><br>Defendants. | Case No. 2:09-cv-01027-GEB-EFB (PC)<br><br>[~~PROPOSED~~] ORDER |

Good cause appearing, Defendants' request to conduct Plaintiff's deposition by video-conference is GRANTED.  Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video-conferencing equipment if it is not already available.

Dated:  April 29, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:09-cv-01027-GEB-EFB (PC))