UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ERIC WICK,

      Plaintiff,

  v.

ANGLEA, et al.,

      Defendants.

No. 2:09-cv-1027-GEB-EFB P

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Eric Jon Wick, CDCR # H-11802, a necessary and material witness in a settlement conference in this case on June 11, 2014, is confined in California State Prison-Solano (SOL), 2100 Peabody Road, Vacaville, California 95696, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Wednesday, June 11, 2014 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SOL, P.O. Box 4000, Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 22, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE